ISRAEL BROUSSEAU, Respondent, *v.* GEORGE C. TILYOU et al., as Executors of and Trustees under the Will of ELLEN TILYOU, Deceased, et al., Appellants.

*Brousseau* v. *Tilyou*, 66 App. Div. 612, appeal dismissed.
(Submitted January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 21, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the Appellate

Division had unanimously decided that the verdict was supported by the evidence and that no question of law is presented for review.

*Arthur H. Cameron* and *George C. Eldridge* for motion.

*William Hughes* opposed.

Motion granted, with ten dollars costs of motion, and appeal dismissed, with costs.